FILED
2022 Jun-14 PM 01:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **FARRELL STEVEN SUTTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case Number: 2:19-cv-330-MHH |
| ) | **JOINT** |
| **DIRECTV, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT MOTION TO CONTINUE THE PRETRIAL CONFERENCE AND PROPOSED PRETRIAL ORDER

Plaintiff, Farrell Steven Sutton ("Plaintiff"), and Defendant, DIRECTV, LLC ("Defendant"), move this Court for a continuance of the Proposed Pretrial Order deadline, which is currently due to be filed by June 30, 2022, and the Pretrial Conference in this case, which is set on July 6, 2022. In support of this motion, the Parties submit the following:

1. Both Parties consent to this requested continuance.

2. Currently, Plaintiff's counsel must submit a Proposed Pretrial Order to the Court by June 30, 2022. The Pretrial Conference in this matter is scheduled approximately one week later, on July 6, 2022. *See* Order Regarding Pretrial Conference. (Doc 32).

3. The Parties have been diligently working to schedule a mediation in this matter; however, due to various scheduling conflicts including trial settings, the Parties have not been able to do so.  Mediation was originally set on June 14, 2022, but the mediator had a conflict and the date had to be rescheduled.  Mediation is currently set for July 27, 2022, which is the earliest date all participants are available.

4. The Parties respectfully request the rescheduling of the Proposed Pretrial Order deadline and the Pretrial Conference so that they may engage in the settlement negotiations without incurring additional expenses and costs.

5. Continuing the Proposed Pretrial Order deadline and the Pretrial Conference until a date after the mediation will not prejudice any Party and will promote efficiency and the possible resolution of this matter.

Accordingly, for the reasons stated herein, the Parties respectfully request this Court to reschedule the Proposed Pretrial Order deadline and the Pretrial Conference for a date following the mediation.

**Consent Statement**:

Defendant's counsel has permission to file this Joint Motion to Continue on behalf of Plaintiff's counsel.

Respectfully submitted this 14th day of June, 2022.

*s/ Stephanie H. Mays*
*Attorney for Defendant*
Stephanie H. Mays
Maynard Cooper & Gale PC

1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile:  (205) 254-1999
E-mail:  smays@maynardcooper.com


*s/ Rocco Calamusa, Jr.*
*Attorneys for Plaintiff*
Kevin W. Jent
Rocco Calamusa, Jr.
Wiggins, Childs, et al.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204
kjent@wigginschilds.com
rcalamusa@wigginschilds.com

Todd R. McFarland
General Conference of Seventh-Day Adventist
Office of General Counsel
12501 Old Columbia Pike
Silver Spring, MD  20904
mcfarlandt@gc.adventist.org


## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter through the Court's electronic filing/electronic case management system and/or by U.S. Mail on this 14th day of June, 2022.


*/s/ Stephanie H. Mays*
Of Counsel

3