IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FARRELL STEVEN SUTTON,      )<br>     Plaintiff,              )<br>                                )<br>v.                              )<br>                                )<br>DIRECT TV LLC,            )<br>     Defendant.             ) | Case No. 2:19-cv-00330-MHH |

## MEDIATOR'S REPORT

The parties mediated the above matter in good faith on Juily 27, 2022 and on subsequent dates, and the parties through the exercise of sound judgment reached a mutually agreeable resolution. The parties will be filing a joint stipulation of dismissal with the Court within the next 45 days seeking to dismiss the case with prejudice with the parties to bear their own costs.

/s/ Heather Newsom Leonard
Heather Newsom Leonard
MEDIATOR

OF COUNSEL:

Heather Leonard, PC
2105 Devereux Circle, Suite 111
Birmingham, Al 35243
(205) 977-5421 - voice
(205) 278-1400 - fax
Heather@HeatherLeonardPC.com

## CERTIFICATE OF SERVICE

I certify that on August 8, 2022, a copy of the foregoing has been served on all counsel of record via the Court's ECF service.

Kevin W. Jent
Rocco Calamusa, Jr.
WIGGINS, CHILDSS, PANTAZIS, FISHER & GOLDFARB, LLC
301 19th Street North
THE KRESS BUILDING
Birmingham, AL 35203-3204

Todd R. McFarland
GENERAL CONFERENCE OF SEVENTH DAY ADVENTIST
OFFICE OF GENERAL COUNSEL
12501 Old Columbia Pike
Silver Springs, MD 20904

Stephanie H. Mays
MAYNARD COOPER & GALE, PC
1901 6TH Avenue North
Suite 2400
Birmingham, AL 35203

/s/ Heather Newsom Leonard
Mediator