# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **Farrell Steven Sutton,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v.                  } | **Case No.: 2:19-cv-00330-MHH** |
| } | |
| **DirectTV LLC et al.,** } | |
| } | |
| **Defendant.** } | |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismissal of this action with prejudice.

At the direction of the Court, this case is closed.

**DONE** this 31st day of August 2022.

SHARON N. HARRIS, CLERK

By: /s/ Destiny Wiggins
    Deputy Clerk